**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: January 4, 2017**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In the matter of:
   Matthew D. Miller

               Debtors

Case No. 16-12605
Chapter 7
Judge Hopkins
Doc. No. 23

**ORDER REQUIRING PRODUCTION OF DOCUMENTS
PURSUANT TO RULE 2004
SETERUS, INC**.

This matter is before the Court on the Motion of Trustee, George Leicht filed December 5, 2016 (Doc No. 23) for an Order pursuant to Fed. R. Bankr. P. 2004 requiring Seterus, Inc. (hereinafter "Seterus") to produce documents relating to a mortgage, dated September 17, 2008, on 18946 E KY 8, Firebrick, KY executed by the debtor to the Federal National Mortgage Association. ("the Property")

The Court having reviewed the Motion and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 USC §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 USC § 157(b)(2)(A),  (c) venue is proper under 11 USC §§ 1408 and 1409;  and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;  the Court having determined that the relief sought in the Motion is in the best interest of the bankruptcy estate; and after due deliberation and sufficient cause shown.

**IT IS HEREBY ORDERED**

1. The Motion is granted in its entirety.

2. Seterus shall produce the following documents:

   Any and all documents (original, photocopies or facsimiles) relating to the origination and closing of the mortgage on the Property,  said documents including the Origination file, the Closing file the Collateral file , and any notes of the closer.

3. This Order shall stand as a subpoena to the parties named herein, requiring the parties to produce the documents identified about, on or before the expiration of fourteen (14) days from the entry of the Order at PO Box 602, Batavia, Ohio 45103-0602 or by emailing the same to gpltrust@fuse.net. .

4. This Order shall be effective and enforceable immediately upon entry.

5. The findings and conclusions set forth herein constitute the Court's findings of fact and conclusions of law pursuant to Bankruptcy Rule 7052, made applicable to the proceeding pursuant to Bankruptcy Rule 9014.  To the extent

any of the conclusions of law constitute findings of fact, they are adopted as such.

      6.    This Court shall retain jurisdiction over all matters arising from or related to the interpretation and/or implementation of this Order.

**IT IS SO ORDERED**


Order Submitted by

/s/ *George Leicht*
George Leicht, Ohio Reg. 0019698
Attorney for Chapter 7 Trustee
202 East Plane Street
Bethel, OH 45106-0400
(Tel.) 513.734.4848

Service list:

    Default List plus additional parties

SETERUS, Inc.
c/o CT Corporation System
1300 East 9TH ST
Cleveland, OH 44114

####